# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICROPICTURE INTERNATIONAL, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> JOSEPH A. KICKARTZ AND ROLF LINNEMANN, <br><br> *Defendants.* | CIVIL ACTION No. 3:05-CV-00034 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Joseph Kickartz's August 9, 2005 Motion to Dismiss, and Defendant Rolf Linnemann's Motion to Dismiss, which was brought initially in Virginia state court and filed in this Court by incorporation as an attachment to Linnemann's July 8, 2005 Notice of Removal. The Court held a hearing on Defendants' motions.

For the reasons stated in the accompanying memorandum opinion, the Court GRANTS both motions to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

It is so ORDERED.

The Clerk of the Court is directed to STRIKE this case from the docket.

The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record.

ENTERED: *[signature]*
U.S. District Judge

Date: January 17, 2006